# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
WALI RAHMAN

### DEFENDANTS
P/O DANIEL LEONE, #6157

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Noah S. Cohen - Weir Greenblatt Pierce LLP
1339 Chestnut Street, Suite 500 Philadelphia, PA 19107
215-241-7766

Attorneys *(If Known)*
Law Department City of Philadelphia

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983.
Brief description of cause:
Unreasonable seizure, false arrest, malicious prosecution, and violation of freedom of speech.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: Oct 25, 2023

SIGNATURE OF ATTORNEY OF RECORD
*Noah S. Cohen*

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __3065 North Judson Street Philadelphia, PA 19132__

Address of Defendant: __1515 Arch Street Philadelphia, PA 19102-1595__

Place of Accident, Incident or Transaction: __1515 Chestnut Street Philadelphia, PA 19102__

---

*RELATED CASE IF ANY:*
Case Number:_____ Judge:_____ Date Terminated:_____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐    No ☑
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit Pending or within one year previously terminated action in this court?    Yes ☐    No ☑
3. Does this case involve the validity or infringement of a patent already in suit or any earlier Numbered case pending or within one year previously terminated action of this court?    Yes ☐    No ☑
4. Is this case a second or successive habeas corpus, social security appeal, or pro se case filed by the same individual?    Yes ☐    No ☑

I certify that, to my knowledge, the within case ☐ **is** / ☑ **is not** related to any now pending or within one year previously terminated action in this court except as note above.

DATE: __October 25, 2023__     _/s/ signature_     __313849__
                                *Attorney-at-Law*                 *Attorney I.D. # (if applicable)*

---

**Civil (Place a √ in one category only)**

**A.** *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Wage and Hour Class Action/Collective Action
6. ☐ Patent
7. ☐ Copyright/Trademark
8. ☐ Employment
9. ☐ Labor-Management Relations
10. ☑ Civil Rights
11. ☐ Habeas Corpus
12. ☐ Securities Cases
13. ☐ Social Security Review Cases
14. ☐ Qui Tam Cases
15. ☐ All Other Federal Question Cases. *(Please specify)*:_____

**B.** *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury *(Please specify)*:_____
7. ☐ Products Liability
8. ☐ All Other Diversity Cases: *(Please specify)*_____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, __Noah S. Cohen__, counsel of record *or* pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2 § 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: __October 25, 2023__     _/s/ signature_     __313849__
                                *Attorney-at-Law*                 *Attorney ID # (if applicable)*

NOTE: A trial de novo will be a jury only if there has been compliance with F.R.C.P. 38.

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALI RAHMAN <br> 3065 North Judson Street <br> Philadelphia, PA 19132 <br><br> Plaintiff, <br><br> v. <br><br> P/O DANIEL LEONE, #6157 <br> c/o Law Department <br> City of Philadelphia <br> 1515 Arch Street <br> Philadelphia, PA 19102-1595 <br><br> Defendant. | CIVIL ACTION NO. 2:23-cv-4110 |

## COMPLAINT

### JURISDICTION & VENUE

1. This Court has original jurisdiction over the subject matter of this Complaint under 42 U.S.C. § 1983 and 28 U.S.C. §§ 1331, 1343(a)(3), and 1343(a)(4).

2. Venue is appropriate in this judicial district pursuant to 28 U.S.C. § 1391(b) as all material acts and omissions giving rise to this action occurred here within.

### PARTIES

3. Plaintiff, Wali Rahman, is a fifty-two year-old resident of the Commonwealth of Pennsylvania, residing at the address set forth in the caption.

4. Defendant Daniel Leone ("Leone" or "Defendant") was at all relevant times a Philadelphia Police Officer in the Philadelphia Police Department ("PPD"). He is being sued in his individual capacity.

5. At all relevant times, Defendant Leone was acting under color of state law.

6. At all relevant times, the actions taken by Defendant deprived Plaintiff of his constitutional and statutory rights.

1

## FACTUAL ALLEGATIONS

11. On March 29, 2022, at approximately 12:00 p.m., Mr. Rahman was standing on the sidewalk directly in front of the Wendy's restaurant at 1515 Chestnut Street, Philadelphia, PA.

12. Mr. Rahman was working for Door Dash at the time and was waiting for an order to be ready from Wendy's so that he could deliver it.

13. Mr. Rahman's right leg is amputated from the knee down and he uses a prosthetic device, which he was wearing on March 29, 2022.

14. Defendant Officer Leone, in full uniform, was riding his bike west on the sidewalk, heading straight toward Mr. Rahman.

15. Riding a bicycle on the sidewalk violates Philadelphia City ordinance 12-808, which further provides: "(2) Whenever any person is riding a bicycle upon a sidewalk, such person shall yield the right-of-way to any pedestrian and shall give an audible signal before overtaking and passing such pedestrian."

16. Mr. Rahman stabilized himself with his left leg and stayed in his position. He did not move.

17. Defendant Officer Leone ran his bike into Mr. Rahman, causing himself to fall to the ground.

18. Mr. Rahman did not push, shove, or otherwise strike Defendant Officer Leone in any way.

19. Shocked by the carelessness of Leone's behavior, Mr. Rahman said to Defendant Leone, "Get the fuck off the sidewalk".

20. Defendant Officer Leone demanded Mr. Rahman's license and identification, then arrested him for felony aggravated assault, knowing he had no probable cause or other lawful basis

to do so.

21. Defendant Officer Leone proceeded to testify falsely at a preliminary hearing on April 18, 2022 and at trial on April 18, 2023, at which Mr. Rahman was found not guilty of all charges, that Mr. Rahman "body-checked" him off of his bike.

22. Mr. Rahman's arrest, detention and prosecution were without probable cause or other legal justification.

23. As a direct and proximate result of Defendant Officer Leone's actions, Mr. Rahman suffered damages as follows:

    a. He lost his housing and employment as a result of his unlawful detention which lasted more than a month;

    b. Physical pain and suffering including suffering from pneumonia during his unlawful detention;

    c. Fear and mental anguish;

    d. Violation of his right to be free of arrest without probable cause;

    e. Violation of his right to free speech;

## CAUSES OF ACTION

### COUNT 1
### Federal Civil Rights Violations Under 42 U.S.C. § 1983

24. Mr. Rahman hereby incorporates by reference all of the foregoing and further alleges as follows:

25. As a direct and proximate result of the conduct of Defendant Leone, committed under color of state law, Mr. Rahman was deprived of his rights to be free of unreasonable seizure of his person, to be free of false arrest, to be free of prosecution without probable cause, to freedom of speech, to be secure in his person and property, to be free of punishment without due process,

and to equal protection of the law.

26. As a result, Mr. Rahman suffered harm, including violation of his rights under the laws and Constitution of the United States, in particular the First, Fourth and Fourteenth Amendments thereof, and 42 U.S.C. §1983.

27. The conduct of Defendant Leone constituted the constitutional violations of false arrest, malicious prosecution, and denial of free speech.

28. As a direct and proximate result of the actions and conduct of Defendant Leone, Mr. Rahman sustained damages as set forth above.

29. Mr. Rahman is entitled to his attorney's fees and costs of prosecution of this suit, pursuant to 42 U.S.C. § 1988.

30. Mr. Rahman is entitled to punitive damages.

## **JURY DEMAND**

31. Plaintiff demands a trial by jury as to each cause of action and claim.

**WHEREFORE**, Plaintiff demands judgment as to each count, along with costs, attorney's fees, interest, punitive damages and such other and further relief as the Court may deem just and proper.

**WEIR GREENBLATT PIERCE LLP**

DATE: October 25, 2023

By: _____
Noah S. Cohen, Esquire
Pa. Atty. I.D. No. 313849
1339 Chestnut Street, Suite 500
Philadelphia, Pennsylvania 19107
T: 215-241-7766
*Attorneys for Plaintiff*