IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALI RAHMAN, | : | CIVIL ACTION |
| v. | : | No. 23-4110 |
| P/O DANIEL LEONE. | : | |

## CIVIL JUDGMENT

Before the Honorable Gerald J. Pappert,

AND NOW, this 12th day of June, 2024, in accordance with the verdict of the Jury,

IT IS ORDERED that Judgment is hereby entered in favor of the plaintiff Wali Rahman and against defendant P/O Daniel Leone in the amount of $170,000.00.

BY THE COURT

ATTEST:

*/s/ Katie Rolon*
Katie Rolon
Deputy Clerk to the
Honorable Gerald J. Pappert

Civ 1 (3/18)