# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALI RAHMAN, <br><br> *Plaintiff,* <br><br> v. <br><br> P/O DANIEL LEONE, #6517, <br><br> *Defendant.* | CIVIL ACTION <br> NO. 23-4110 |

## ORDER

**AND NOW**, this 23rd day of August 2024, upon consideration of Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 41), Defendant's Response (ECF No. 42), and Plaintiff's Reply (ECF No. 43), it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff is awarded $55,471.50 in attorneys' fees and $1,526.99 in litigation costs. The Clerk of Court shall close this case

BY THE COURT:


*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.